U.S Department of Justice

United States Attorney

United States District Court
of Texas
FILED

NOV 1 6 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of TEXAS

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) MAGISTRATE'S NO. | B-18-mJ-1091 |
| Maximino MORALEZ-Quiroz | ) | |
| | ) DISTRICT CT. NO. | |
| | ) | |

## AFFIDAVIT

On this date appeared before the Court the following Agent, who, after being duly sworn, deposed and said: In the captioned case,

1. Alexander RAYO

2. Habacuc ESTRADA-Soto

3. Victor Alfonso SORIA-Escamilla

4.

(is)are material witness(es) for the prosecution at the trial of the above-named defendant(s) who (is)are charged with violation of certain federal laws. The witness(es) are citizens of _____ NICARAGUA, MEXICO _____, illegally within the United States. Should they be left to their own devices and return home, they are not subject to extradition, and it will be impracticable to secure their presence at such time as the case is called for trial.

Torres, Juan
Investigator/Agent

SUBSCRIBED and sworn to before me this __16__ day of _____November_____, __2018__.

Ronald G. Morgan
UNITED STATES MAGISTRATE JUDGE

In view of the above affidavit, it is requested of the United States Magistrate that the witness(es) named in the affidavit be required to make bail in such amount as the United States Magistrate should see fit to assure their presence at the trial, and should they be unable to make such bond, that they be committed to the custody of the United States Marshal pending final disposition of the criminal case, as provided by Rule 46(b) of the Federal Rules of Criminal Procedure.

It is ORDERED on this __16th__ day of __November__, __2018__, that the above witness(es) who were this date brought before me be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $ __5,000.00__ with __20%__ deposit.

Ronald G. Morgan
UNITED STATES MAGISTRATE JUDGE

WDT-CR-5(1)